```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON,                )
          Plaintiff,              )
                                  ) M.B.D. No. 09-10006-JLT
     v.                           )
                                  )
DENNIS P. BALBONI, et al.,        )
          Defendants.             )
```

## MEMORANDUM AND ORDER

On August 16, 2004, Judge Woodlock of this Court entered an order stating that if Erickson undertakes to file any additional papers in this Court, other than in an action already pending in this Court or in order to perfect an appeal from this Memorandum and Order, she shall file a written petition seeking leave to do so." See 8/16/04 Order on Plaintiff's Motion for Clarification and Response to Show Cause Order, Erickson v. Somers, et al., C.A. No 04-10629-DPW.

Now before the Court is Erickson's Petition to File New Complaint and Attestation of Good Faith. See Docket No. 1 ("the Petition"). In her petition, Ms. Erickson seeks permission to file a complaint alleging discrimination under the Americans With Disabilities Act ("ADA") by the Defendants Dennis P. Balboni, Peter A. Balboni and Piopies Package Store. Erickson claims, among other things, that the defendants violated the ADA when they refused to serve her while accompanied by her service animal. With her Petition, Ms. Erickson submitted her complaint, an Application to Proceed Without Prepayment of Fees, a Motion for Temporary Injunction and a copy of the 8/16/04 Memorandum and Order.

<u>ORDER</u>

After close review of the submitted petition, it is hereby ORDERED,

the Clerk shall open a new civil action, randomly assign a judicial officer, and file Erickson's Complaint, Motion for Temporary Injunction, and Application to Proceed Without Prepayment of Fees; and it is further

ORDERED, the clerk is directed to close this action.

SO ORDERED.

| | |
|---|---|
| <u>January 8, 2009</u> | <u>/s/ Joseph L. Tauro</u> |
| DATE | JOSEPH L. TAURO |
| | UNITED STATES DISTRICT JUDGE |